Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

08 MAR 19 PM 3:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FAXED

DEPUTY

## SOUTHERN DISTRICT OF CALIFORNIA

NIC INSURANCE COMPANY

vs

MILLER, MONSON, PESHEL, POLACEK & HOSHAW; RALPH GANO MILLER; MITCHELL BILAFER; MARTIN BILAFER; JUDITH A. DOYLE; PREMIER TRUST; RICHARD P. DOYLE, JR.; DEBORAH J. DOYLE; CATHERINE T. DOYLE; DEANNA L. ANDREWS; and MICHELLE ALESSANDRIA

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0512 JAH LSP

COPY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Erik M. Pritchard
Ross, Dixon & Bell LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614
949-622-2700

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — CLERK

3/19/08 — DATE

By C. PUTTMANN, Deputy Clerk

SEAL



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com